UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DYLAN JAMES DOWNEY, | ) | CASE NO.: C08-0490-RAJ |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, | ) ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner Dylan James Downey is currently incarcerated at the Snohomish County Jail in Everett, Washington where he is serving a term of confinement imposed by the Washington Department of Corrections as a sanction for violations of conditions of his prior release. He has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 in which he identifies four grounds on which he believes he is entitled to relief from his current confinement.

The United States Supreme Court has made clear that state remedies must first be exhausted on all issues raised in a federal habeas corpus petition. *Rose v. Lundy*, 455 U.S. 509 (1982); 28 U.S.C. §2254(b), (c). The exhaustion requirement is not deemed satisfied until petitioner demonstrates that each of his federal claims has been presented to the state's highest

REPORT AND RECOMMENDATION
PAGE -1

court or that no state remedy is available. *Batchelor v. Cupp*, 693 F.2d 859, 863 (9th Cir. 1982). The exhaustion requirement is a matter of comity, intended to afford the state courts "the first opportunity to remedy a constitutional violation." *Sweet v. Cupp*, 640 F.2d 233, 236 (9th Cir. 1981).

It appears from the face of the petition that petitioner has never presented any of his federal habeas claims to this state's highest court for review. Petitioner's federal habeas claims are therefore unexhausted. Accordingly, this Court recommends that petitioner's federal habeas petition be dismissed without prejudice. This Court further recommends that petitioner's application to proceed *in forma pauperis* be denied as moot. A proposed order accompanies this Report and Recommendation.

DATED this <u>14th</u> day of April, 2008.

Mary Alice Theiler
United States Magistrate Judge