UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DYLAN JAMES DOWNEY, | ) | CASE NO.: C08-0490-RAJ |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING § 2254 |
| | ) | PETITION WITHOUT PREJUDICE |
| WASHINGTON STATE DEPARTMENT OF CORRECTIONS, | ) ) ) | |
| Respondent. | ) ) | |

The Court, having reviewed the petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus, and this action, are DISMISSED without prejudice;

(3) Petitioner's application to proceed *in forma pauperis* is DENIED as moot; and

/ / /

/ / /

(4)   The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

DATED this 15th day of May, 2008.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING § 2254
PETITION WITHOUT PREJUDICE
PAGE -2